UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

St. Paul Fire & Marine Insurance Company,      Civil No. 08-4808 (RHK/JJK)

Petitioner,      **ORDER FOR DISMISSAL**

v.

Exclusive Yachts International, N.V.,

Respondent.

---

Based on the Notice of Dismissal (Doc. No. 4), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: November 5, 2009

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge